IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: ☐                :     Misc. No. 1:22MJ362
☐                       : ▇

## MOTION FOR ISSUANCE OF MATERIAL WITNESS ARREST WARRANT AND TO SEAL RELATED MATERIALS

The United States of America respectfully requests, pursuant to 18 U.S.C. § 3144[1] that this Court enter a sealed Order commanding the United States Marshal, or any law enforcement agents, to arrest ☐ ☐ and bring ☐ forthwith before the United States District Court for the Middle District of North Carolina for the reason that said witness is a necessary and material witness ☐

This motion is based upon the attached affidavit of ☐ ☐ Further, the United States respectfully asks this Court to seal this Motion, the accompanying

---

[1] Section 3144 provides that, "if it appears from an affidavit filed by a party that the testimony of a person is material in a criminal proceeding, and if it is shown that it may become impracticable to secure the presence of the person by subpoena, a judicial officer may order the arrest of the person and treat the person in accordance with the provisions of section 3142 of this title."

Memorandum of Law in support thereof, and the underlying Affidavit pending the initial appearance of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in this Court.

This the 15th day of September 2022.

    Respectfully submitted,

    SANDRA J. HAIRSTON
    United States Attorney

    /S/ NICOLE R. DUPRÉ
    Assistant United States Attorney
    NCSB #41214
    United States Attorney's Office
    Middle District of North Carolina
    Phone: 336/333-5351